In the Matter of the TOWN OF WEST SENECA, Appellant. THE CITY OF LACKAWANNA, Respondent.

(Argued January 7, 1929; decided February 13, 1929.)

*George T. Vandermeulen* for appellant.

*Thomas L. Newton* and *George B. Doyle* for respondent.

*Evan Hollister* for Bethlehem Steel Company, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: HUBBS, J.